FILED

11/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0563

## In the Supreme Court of the State of Montana

Supreme Court No. DA 23-0563

JORY RUSSELL STRIZICH
    Appellant,

    vs.

STATE OF MONTANA,
    Appellee.

FILED

NOV 1 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## Order

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 13, 2023 to prepare, file and serve the opening brief.